IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ELVIRA DE GALLARDO, | * |
| Plaintiff, | * |
| v. | Case No.   5:18-cv-472 (MTT) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to the Order of this Court filed August 28, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $41,336.50.

This 28th day of August, 2024.

David W. Bunt, Clerk

s/  Erin Pettigrew, Deputy Clerk